AO 91 (Rev. 11/11) Criminal Complaint                                                                                          AUSA Justin Hoover

# UNITED STATES DISTRICT COURT
### for the
#### Southern District of Florida

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | |
| MARK GENE GEORGE, | ) | 21-002-SMM | |
| | ) | | |
| | ) | | |
| *Defendant(s)* | ) | | |

FILED BY ____CGA____ D.C.

**Jan 14, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   December 17, 2020   in the county of   St. Lucie   in the Southern District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Linda L. James, Special Agent, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: January 14, 2021

*Judge's signature*

City and state:   Fort Pierce, Florida           Shaniek M. Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF SPECIAL AGENT LINDA JAMES
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

I, Linda James, after being duly sworn, depose and state:

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have served in that capacity since December of 2013. I am a graduate of the Criminal Investigative Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to being employed by ATF, I was employed by the Department of Homeland Security as a Federal Air Marshal in the New York Field Office. During my career as an Air Marshal, I served as a Federal Task Force Agent assigned to the New York Police Department Intelligence Division. I served as a Field Intelligence Representative for the New York Field Office and as a Tactical Information Instructor. Currently, I am assigned to the ATF Fort Pierce Field Office, where I investigate violations of federal firearms laws and regulations. I am a federal law enforcement officer of the United States empowered by section 3051 of Title 18 of the United States Code to conduct investigations of and make arrests for offenses enumerated in Titles 18 and 26 of the United States Code.

2. I am conducting an investigation involving the activities of the individual named herein, Mark G. GEORGE. I am familiar with the facts and circumstances surrounding this investigation from my own investigative efforts, as well as from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein. Although familiar with the facts and circumstances of this investigation, I have not included every fact known to me about the matters set forth herein, but only those facts that I believe are necessary to establish probable cause to believe that Mark G. GEORGE violated Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm and ammunition.

3. On May 27, 1987, Mark GEORGE was convicted of forgery in the second degree, a felony, in Washington County, Oklahoma, and was sentenced to two years in prison; that prison sentence was suspended and GEORGE was placed on probation. Additional investigation revealed that GEORGE never applied for, nor received, Clemency from either Oklahoma or Florida for his felony conviction.

4. On December 16, 2020, at approximately 5:38 p.m., ATF agents conducted an undercover operation at the residence of Mark GEORGE, located at _____, Port St. Lucie, Florida. An undercover agent (UC) approached GEORGE's residence and initiated conversation with him under the guise of seeking pest control services, as GEORGE had a pest control vehicle parked in his driveway. The conversation was audio and video recorded. While standing in the garage talking with GEORGE, the UC noticed various items that appeared to be used in reloading ammunition. The UC asked GEORGE if he reloaded ammunition; GEORGE said yes and showed the UC thousands of casings for numerous calibers of ammunition, as well as a variety of bullets. GEORGE then began to discuss the firearms he currently owns. GEORGE stated that he has built many firearms, including using "80% lower"[1] platforms to build AR-style rifles and pistols. GEORGE said that he used 80% lowers because they have no markings. GEORGE also mentioned owning a Mosin-Nagant rifle for which he ordered and paid $275.

5. GEORGE asked the UC if he was a cop, and when the UC responded "no," GEORGE proceeded to discuss converting cheap Chinese oil filters into firearm suppressors. GEORGE stated that paying for a tax stamp and registering the suppressors was a violation of his

---

[1] An 80% lower receiver is an object that has been partially manufactured to a specification which would be considered a firearm, but is missing certain characteristics to be considered a completed lower receiver and, therefore, a firearm. An 80% receiver can be easily modified into a fully functioning firearm receiver.

Second Amendment rights. Regarding registering the suppressors, GEORGE said that maybe he had, or maybe he had not. GEORGE also discussed going to a gun range, and he told the UC that he was well armed and had many friends from Fort Pierce to Stuart that would not take long to gather and form a militia.

6. On December 17, 2020, ATF agents executed a federal search warrant at Mark GEORGE's residence located at                    , Port St. Lucie, St. Lucie County, Florida (20-082-SMM). At approximately 10:00 a.m., agents conducted a consensual interview of Mark GEORGE. GEORGE was read his Miranda rights and agreed to speak with the agents. During the interview, GEORGE admitted to previously selling firearms online and to building completed firearms from 80% lower receivers. When asked how many 80% lower receivers he has purchased, GEORGE stated that he has lost count.

7. During questioning, GEORGE stated that he attempted to purchase a firearm several years ago, but was denied. On December 30, 2020, SA James obtained a copy of an ATF Form 4473[2] that GEORGE completed on December 12, 2015, while attempting to purchase a KelTec 9mm pistol at American Jewelry and Gun in West Palm Beach, Florida. Question 11(c) in that form asks: "Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?" GEORGE answered "no" to that question. The 4473 record indicates that GEORGE's request to purchase a firearm was denied. GEORGE told agents that he understood he was not able to purchase that firearm because of his felony conviction, and that as

---

[2] Gun purchasers must fill out an ATF Form 4473 when attempting to purchase a firearm from a federal firearm licensee (FFL). The Form 4473 asks several questions regarding the purchaser's qualifications to purchase a firearm, such as whether the purchaser is a convicted felon and whether the purchaser is buying the gun for someone else.

3

of January 2016, he knew he was a felon. GEORGE stated "I've always known...that a convicted felon couldn't possess firearms." GEORGE also explained that a person told him long ago that if your felonies were not violent or involving firearms that you could purchase firearms, "but I found out that was wrong when I tried to purchase one I got turned down...so I found out that was bogus."

8. During questioning, GEORGE claimed that he purchased firearms several times from various federal firearm licensees (FFLs). For instance, GEORGE stated that he purchased an AK-style rifle at a gun show at the Palm Beach Fairgrounds. GEORGE claimed that he "filled out the paper and everything cleared and I got my gun." GEORGE was asked where that AK-style rifle was, and he stated that "it's in the house now...the guns are in cases in my bedroom closet." During the residential search, agents recovered an AK-style rifle, the IO Sporter described below. Contrary to GEORGE's claim, subsequent investigation revealed that this firearm was actually purchased by a different person, Individual 1, on July 25, 2016, at American Pawn in Royal Palm Beach, Florida.

9. GEORGE stated that the last firearm he purchased was a Ruger LCP that he keeps by his bed. During the search, agents found by GEORGE's bed the Ruger LCP pistol described below. Contrary to GEORGE's claim, subsequent investigation revealed that this firearm was also purchased by Individual 1 on December 28, 2016, at FFL Guns and Range in Palm Beach County, Florida.

10. During the search, agents found a Mosin-Nagant rifle which is consistent with the Mosin-Nagant GEORGE told the UC that he purchased. Subsequent investigation revealed that Individual 1 also purchased this rifle on March 2, 2017, at American Pawn in Royal Palm Beach, Florida. In the ATF Form 4473 paperwork for this firearm, there was a document from FFL Black Market Arms LLC that said: "THIS FIREARM IS FOR: Mark George." This firearm appears to

4

have been purchased online through FFL Black Market Arms LLC and transferred to American Pawn, but the Form 4473 was completed in Individual 1's name.

11. GEORGE said that he was aware of his criminal history in the State of Oklahoma but that he had sent in paperwork to expunge his criminal records. According to the Court Clerk's offices in Washington and Tulsa Counties in Oklahoma, there is no evidence in either county of GEORGE applying for expungement of any convictions.

12. GEORGE also stated that he recently purchased a solvent trap from China and it was currently en route. GEORGE said that when we looked through his computer we would find a purchase from China for "solvent trap" and several sales of firearms. He said that he wanted to use the solvent trap on a 9mm pistol "for sound suppression." GEORGE said "the only thing you got to do is drill a hole in it." Additionally, GEORGE informed agents that he reloads his own ammunition and has all his own primers and powders.

13. During the search of the residence the following items were recovered:

   a. One Mosin-Nagant model M91/30 rifle, caliber 7.62x54R, serial number (S/N): 9130483617
   b. One Beretta model 1934 pistol, caliber 9mm, S/N:715559
   c. One Ruger model LCP pistol, caliber .380, S/N: 371833993
   d. One IO model Sporter rifle, caliber 7.62x39, S/N: S020197
   e. Six firearms of an unknown make & model, that appear to have been created from 80% lower receivers
   f. 31 assorted magazines
   g. Approximately 5,066 rounds of and parts of assorted ammunition
   h. Machines and tools used to manufacture ammunition, such as a ballistic precision chronograph (used to measure ammunition speed), vibratory tumbler (used to clean brass for reloading), and a reloading press (used to put bullets in casings)

14. On January 12, 2021, ATF Special Agent and interstate nexus expert Michael Kelly determined that the Mosin-Nagant model M91/30 rifle, the Beretta model 1934 pistol, and the Ruger model LCP pistol were not manufactured in the State of Florida, and thus previously

traveled in interstate commerce. Special Agent Kelly also identified some rounds of ammunition and shell casings that were manufactured outside the State of Florida.

15. Based on the foregoing, I believe that probable cause exists to believe that, on or about December 17, 2020, Mark G. GEORGE violated 18 U.S.C. § 922(g)(1), felon in possession of a firearm and ammunition.

Further, your affiant sayeth naught.

_____
Linda L. James, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

Sworn to before me, by videoconference, in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure, this _14th_ day of January, 2021, in Fort Pierce, Florida.

_____
SHANIEK M. MAYNARD
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-002-SMM

UNITED STATES OF AMERICA

v.

MARK GENE GEORGE,

    Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:  s/ Justin L. Hoover
     _____
     JUSTIN HOOVER
     ASSISTANT UNITED STATES ATTORNEY
     District Court No. A5502493
     101 South U.S. Highway 1, Suite 3100
     Fort Pierce, Florida 34950
     Tel:   772-466-0899
     Fax:   772-466-1020
     Email: Justin.Hoover@usdoj.gov